UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4916 GAF (SSx) | Date | July 14, 2011 |
|---|---|---|---|
| Title | James Daniel v. United States of America et al | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Renee Fisher | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** (In Chambers)

## ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On June 23, 2011, Plaintiff James Daniel ("Plaintiff") filed suit against the United States of America ("United States") for a tax refund. (Docket No. 1, Compl. at 1.) Plaintiff alleges in the complaint that he made an "Offer in Compromise" in 2005, "claim[ed] tax status predicated on the insolvency of a partnership entity," and that his "Offer" was rejected in 2008 by the Internal Revenue Service ("IRS"). (Id. at 2.) Further, on an unknown date, Plaintiff avers that he filed a "new Offer in Compromise," and that this offer was rejected on June 10, 2009. (Id. at 3.) Lastly, Plaintiff alleges that he "has paid more tax than is due for the year, and demands the refund, and closure on this case." (Id.)

"A federal district court may exercise jurisdiction over a claim for the recovery of erroneously collected tax pursuant to 28 U.S.C. § 1346 only if three prerequisites are met." Sepulveda v. U.S., 2006 WL 2472767, at *3 (E.D. Cal. Aug. 23, 2006). "Plaintiff must have 1) paid in full before filing suit; 2) filed an administrative claim for refund with the IRS; and 3) waited six months or until the IRS denies the[] claim, whichever is earlier, before filing a refund action in a district court." Shallowhorn v. U.S., 2008 WL 115106, at *2 (E.D. Cal. Jan. 11, 2008) (internal citations omitted); see Thomas v. U.S. 755 F.2d 728, 729 (9th Cir. 1985); see also Randle v. U.S., 2000 WL 1739314, at *6 (C.D. Cal. Aug. 4, 2000).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4916 GAF (SSx) | Date | July 14, 2011 |
|---|---|---|---|
| Title | James Daniel v. United States of America et al | | |

    Here, Plaintiff has failed to aver sufficient jurisdictional facts in the complaint. Namely, Plaintiff has not alleged that he has fully paid the taxes in dispute, that the purported "Offer to Compromise" was an administrative claim for refund, or that he waited six months or until the IRS denied his claim for refund before filing this action. Accordingly, Plaintiff is **ORDERED TO SHOW CAUSE by the close of business on Friday, July 22, 2011** why this case should not be dismissed for lack of subject matter jurisdiction. **Failure to file a timely response shall be deemed consent to dismissal of this case**.

    **IT IS SO ORDERED.**